DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UCF I TRUST 1,**
Appellant,

v.

**SEASPRAY RESORT, LTD.,** a Florida Limited Partnership, **PRABHJOT K. BENISASIA,** an individual, and **RICK BENISASIA,** an individual,
Appellees.

No. 4D17-891

[December 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward Artau, Judge; L.T. Case No. 2014CA-000671-xxxx-MB.

Nancy B. Colman and Heather Cooper of Baritz & Colman LLP, Boca Raton, for appellant.

Louis R. Townsend, Jr., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***